## JIM ROGERS v. STATE.

No. A-2525.     Opinion Filed May 6, 1916.

(155 Pac. 1150.)

*Appeal from County Court, Pontotoc County;*
*I. M. King, Judge.*

Jim Rogers, convicted of a violation of the prohibitory law appeals. Affirmed.

*Roddie & Roland,* for plaintiff in error.

*R. McMillan,* Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, Jim Rogers, was convicted on a charge of selling intoxicating liquor and was sentenced to pay a fine of fifty dollars and to be confined in the county jail for thirty days.

The evidence for the state tended to show that Jim Rogers sold a pint of alcohol to T. E. Moore.

As a witness in his own behalf plaintiff in error, Jim Rogers denied making the sale. The issue was clearly one of fact for the jury to determine. The record presents no question of law for the determination of this court. It follows that the conviction should be affirmed. The judgment is therefore affirmed. Mandate forthwith.